**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | 3:15-cv-00629-HDM-VPC |
| Applicant, | ) | |
| | ) | ORDER |
| vs. | ) | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL UNION NO. 363, SACHA PICERNO, and JOE CROCCO, | ) | |
| Respondents. | ) | |

Pursuant to the Notification of Compliance filed March 18, 2016 (#11), this action is dismissed.

**IT IS SO ORDERED.**

DATED: This 21st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE